Electronically Filed by Superior Court of California, County of Orange, 02/21/2023 03:21:44 PM.
30-2023-01308808-CU-WT-WJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By R. Baker, Deputy Clerk.

Michael A. Gould (SBN 151851)
Michael@wageandhourlaw.com
Aarin A. Zeif (SBN 247088)
Aarin@wageandhourlaw.com
THE GOULD LAW FIRM
A Professional Corporation
161 Fashion Lane, Suite 207
Tustin, California 92780
Telephone: (714) 669-2850
Facsimile: (714) 544-0800

Attorneys for Plaintiff
Leonard Taylor

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF ORANGE**

Assigned for all purposes
Judge Richard Lee

LEONARD TAYLOR,

Plaintiff,

v.

CRST THE TRANSPORTATION SOLUTION, INC., and DOES 1 through 25,

Defendants.

**CASE NO.:** 30-2023-01308808-CU-WT-WJC

**COMPLAINT FOR DAMAGES FOR:**

1. **WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY; and**
2. **VIOLATION OF CALIFORNIA LABOR CODE § 1102.5.**

**Unlimited Civil**
**Demand for Jury Trial**

Leonard Taylor (hereinafter referred to as "Taylor") alleges as follows:

**GENERAL ALLEGATIONS**

1. Taylor at all relevant times hereinafter mentioned, was a resident of the County of San Bernardino, State of California.

2. Taylor is informed and believes, and thereon alleges, that Defendant CRST The Transportation, Inc. was at all relevant times hereinafter mentioned, a corporation operating within the jurisdiction of the above-entitled court.

3. The true names and capacities of Defendants sued as Does 1 through 25, inclusive, whether individual, corporate, associate or otherwise are unknown to Taylor who is informed and believes, and thereon alleges, that these Doe Defendants, and each of them, are responsible in some manner and liable to Taylor for the injuries and damages alleged herein. Taylor will amend the Complaint to show their true names and capacities when they have been ascertained.

4. Taylor is informed and believes, and thereon alleges, that each of the Defendants were the agents, employees and representatives of the other Defendants and in doing the things hereinafter alleged were in part, acting within the scope and authority of such relationship, and in part, acting outside the scope and authority of such relationship, and as such each is responsible and liable in some manner for the occurrences herein alleged and were approximate cause of Taylor's damages as herein alleged.

5. Venue is proper in this judicial district because the complained of conduct occurred in this judicial district.

6. Taylor was hired on October 14, 2022 and was employed by Defendant as a truck driver. Taylor made complaints to Defendant about unpaid wages and was terminated shortly thereafter, on November 2, 2022.

**FIRST CAUSE OF ACTION**
**Wrongful Termination in Violation of Public Policy**

7. Taylor re-alleges and incorporates by reference each and every allegation contained in paragraphs 1 through 6, inclusive, as though fully set forth herein.

8. The public policy of the State of California, as expressed by the Legislature, the

California Constitution, and the California Supreme Court, is to protect and safeguard the right and opportunity of all persons to seek, obtain, and hold employment without threats of violence in the workplace.

9. Defendant deliberately, intentionally, and wrongfully terminated Taylor on or about November 2, 2022 without just cause or reason and on the improper and illegal basis of his reporting of unlawful pay practices in the workplace.

10. As a direct, foreseeable, and proximate result of Defendant's acts, Taylor suffered and continues to suffer, substantial losses in earnings, job benefits, humiliation, embarrassment, and emotional distress, the precise amount of which will be proven at trial.

11. Taylor is further informed and believes, and thereon alleges that Defendant intentionally, willfully, maliciously, and oppressively terminated Taylor, thus entitling Taylor to recover punitive damages from Defendant in an amount according to proof at trial.

**SECOND CAUSE OF ACTION**
**Violation of California Labor Code § 1102.5**

12. Taylor re-alleges and incorporates by reference each and every allegation contained in paragraphs 1 through 11, inclusive, as though fully set forth herein.

13. *California Labor Code* § 1102.5 prohibits employers from retaliating against an employee for disclosing information, or because the employer believes that the employee disclosed or may disclose information, to a government or law enforcement agency to a person with authority over the employee or another employee who has the authority to investigate, discover, or correct the violation or noncompliance . . . if the employee has reasonable cause to believe that the information discloses a violation of state or federal statutes, or a violation of or noncompliance with local, state or federal rule or regulation.

14. Defendant deliberately, intentionally, and wrongfully terminated Taylor on or about November 2, 2022 without just cause or reason and on the improper and illegal basis of him reporting illegal wage and hour practices, in violation of *California Labor Code* § 1102.5.

15. As a direct, foreseeable, and proximate result of Defendant's acts, Taylor suffered and continues to suffer, substantial losses in earnings, job benefits, humiliation, embarrassment, and emotional distress, the precise amount of which will be proven at trial.

16. Taylor is further informed and believes, and thereon alleges that Defendant intentionally, willfully, maliciously, and oppressively terminated Taylor, thus entitling Taylor to recover punitive damages from Defendant in an amount according to proof at trial.

**PRAYER FOR RELIEF**

WHEREFORE, Taylor prays for judgment against the Defendants as follows:

**ON THE FIRST CAUSE OF ACTION**

1. Judgment against Defendants for general damages according to proof;
2. Judgment against Defendants for special damages according to proof;
3. Judgment against Defendants for punitive damages according to proof;
4. Judgment against Defendants for pre-judgment interests;

**ON THE SECOND CAUSE OF ACTION**

5. Judgment against Defendants for general damages according to proof;
6. Judgment against Defendants for special damages according to proof;
7. Judgment against Defendants for punitive damages according to proof;
8. Judgment against Defendants for all civil penalties;
9. Judgment against Defendants for reasonable attorney's fees;
10. Judgment against Defendants for pre-judgment interests;

**ALL CAUSES OF ACTION**

11. Judgment against Defendants for reasonable attorney's fees, provided by law;
12. Judgment against Defendants for pre-judgment interests;
13. Judgment against Defendants for costs of suit incurred herein; and
14. Judgment against Defendants for such further relief as the court deems just and proper.

//

//

//

//

## REQUEST FOR A JURY TRIAL

Plaintiff hereby demands a jury trial in this action.

Dated: January 17, 2023

Michael A. Gould
Aarin A. Zeif
THE GOULD LAW FIRM
A Professional Law Corporation
Attorneys for Plaintiff
Leonard Taylor