Kristen J. Nesbit (SBN 242426)
E-Mail: knesbit@fisherphillips.com
LaLonnie V. Gray (SBN 366999)
E-Mail: lgray@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant
CRST EXPEDITED, INC. dba CRST THE TRANSPORTATION SOLUTION, INC. erroneously sued as CRST THE TRANSPORTATION SOLUTION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LEONARD TAYLOR,

Plaintiff,

v.

CRST THE TRANSPORTATION SOLUTION, INC., and DOES 1 through 25,

Defendants.

Case No:

*[Removed from Orange County Superior Court Case No. 30-2023-01308808-CU-WT-WJC]*

**DEFENDANT CRST EXPEDITED, INC. DBA CRST THE TRANSPORTATION SOLUTION, INC.'S CORPORATE DISCLOSURE STATEMENT**

*[Filed concurrently with Notice of Removal, Civil Cover Sheet, Declarations of Kristen Nesbit and Emily Taylor, Notice of Related Cases, and Certificate of Interested Parties]*

Complaint Filed: February 21, 2023
Removal Date: March 30, 2023
Trial Date: None Yet

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant CRST Expedited, Inc. dba CRST The Transportation Solution, Inc. ("Defendant") certifies that there is no known publicly held corporation that owns more than 10 percent of Defendant's stock.

Dated: March 30, 2023

Respectfully submitted,

FISHER & PHILLIPS LLP

By: *\/S/ LaLonnie V. Gray*

Kristen J. Nesbit
LaLonnie V. Gray
Attorneys for Defendant
CRST EXPEDITED, INC. dba CRST THE TRANSPORTATION SOLUTION, INC. erroneously sued as CRST THE TRANSPORTATION SOLUTION, INC.

## CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On March 30, 2023 I served the foregoing document entitled **DEFENDANT CRST EXPEDITED, INC. DBA CRST THE TRANSPORTATION SOLUTION, INC.'S CORPORATE DISCLOSURE STATEMENT** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Michael A. Gould<br>Aarin A. Zeif<br>THE GOULD LAW FIRM<br>A Professional Corporation<br>161 Fashion Lane, Suite 207<br>Tustin, CA 92780 | Attorneys for Plaintiff,<br>LEONARD TAYLOR<br>Tel: (714) 669-2850<br>Fax: (714) 544-0800<br>Email:<br>Michael@wageandhourlaw.com;<br>Aarin@wageandhourlaw.com |

☒ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by FEDERAL EXPRESS]** - I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed March 30, 2023 at Los Angeles, California.

| | |
|---|---|
| Rocio Gonzalez | By: */s/ Rocio Gonzalez* |
| Print Name | Signature |


FP 46686109.2