Michael A. Gould (SBN 151851)
Michael@wageandhourlaw.com
Aarin A. Zeif (SBN 247088)
Aarin@wageandhourlaw.com
A Professional Law Corporation
161 Fashion Lane, Suite 207
Tustin, California 92780
Telephone: (714) 669-2850
Telecopier: (714) 544-0800

Attorneys for Plaintiff
Leonard Taylor

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD TAYLOR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CRST THE TRANSPORTATION SOLUTION, INC, and DOES 1 through 25,<br><br>Defendants. | **8:23-cv-00577-FWS-E**<br><br>[Hon. Judge Fred W. Slaughter]<br><br>**STIPULATION FOR DISMISSAL OF ACTION ENTIRE ACTION, WITH PREJUDICE, PURSUANT TO FRCP RULE 41(a)(1)(A)(ii)**<br><br>Filed: February 21, 2023<br>Trial: August 6, 2024 |

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED among the parties, by and through their respective counsel of record, that this entire action is hereby voluntarily DISMISSED WITH PREJUDICE, with each party to bear its own attorney's fees and costs.

Dated: July 11, 2024

Respectfully submitted,
THE GOULD LAW FIRM

By: /s/ Aarin Zeif

Michael A. Gould
Aarin A. Zeif
Attorneys for Plaintiff
LEONARD TAYLOR

Dated: July 11, 2024

Respectfully submitted,
FISHER & PHILLIPS LLP

By: /s/ Vana Ebrahimi

Kristen J. Nesbit
Vana Ebrahimi
Attorneys for Defendant CRST EXPEDITED INC., dba CRST THE TRANSPORTATION SOLUTION, INC. erroneously sued as CRST THE TRANSPORTATION SOLUTION, INC